IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02454-REB-MJW

DUANE EBERLEIN,

Plaintiff(s),

v.

PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion to Reset Final Pretrial Conference, (D.N. 39) is GRANTED.  The Final Pretrial Conference set on August 13, 2007, at 8:30 a.m., is VACATED and RESET on January 17, 2008, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.

It is FURTHER ORDERED that the parties shall submit their proposed Final Pretrial Order to Magistrate Judge Watanabe five (5) days prior to the Final Pretrial Conference consistent with the Local Rules of Practice for electronic case filing. In addition, a proposed Final Pretrial Order in WordPerfect format shall be submitted by e-mail to Watanabe_chambers@cod.uscourts.gov as an attachment to the e-mail.

Date: August 9, 2007