IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-02454-REB-MJW

DUANE EBERLEIN,

    Plaintiff

v.

PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY,

    Defendant.

---

## MINUTE ORDER[1]

---

The matter comes before the court on the **Stipulated Motion To Vacate Trial and All Related Pre-Trial Deadlines** [#47], filed January 4, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and that the Trial Preparation Conference and trial to the court should be vacated.

**THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Vacate Trial and All Related Pre-Trial Deadlines** [#47], filed January 4, 2008, is **GRANTED**;

    2. That the Trial Preparation Conference set for February 29, 2008, is **VACATED**;

    3. That the trial to the court set to commence March 17, 2008, is **VACATED**;

    4. That the pending motions for summary judgment will be resolved as soon as practicable. When the pending motions for summary judgment are resolved, the court will re-set a trial date and schedule additional discovery deadlines, if appropriate; and

    5. That **Plaintiff's Request To Reset Trial Scheduled For March 17-18, 2008 Pursuant to REB Civ. Practice Standard II.F.1** [#46], filed October 30, 2007, is **DENIED** as moot.

    Dated: January 10, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.