IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02454-REB-MJW

DUANE EBERLEIN,

Plaintiff(s),

v.

PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 55) is GRANTED. The written Stipulated Protective Order is APPROVED and made an Order of Court.

Date: April 22, 2008