**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 06-cv-02454-REB-MJW

DUANE EBERLEIN,

    Plaintiff,

vs.

PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY,

    Defendant.

_____

**ORDER GRANTING STIPULATED MOTION FOR MODIFICATION OF SCHEDULING ORDER (DOC. 61) TO EXTEND DISCOVERY DEADLINES**
_____

The Court, having considered the parties' stipulated motion for modification of the scheduling order, hereby GRANTS the parties' motion. As of the date of this order, the scheduling order is modified as follows:

| Activity | Current Date | Proposed Date |
|---|---|---|
| Discovery cut-off | October 22, 2008 | January 2, 2009 |
| Dr. Eberlein's expert disclosures | July 18, 2008 | October 31, 2008 |
| Provident's expert disclosures | August 20, 2008 | November 28, 2008 |
| Rebuttal experts | September 10, 2008 | December 19, 2008 |

Dated this 8th day of July, 2008.

                BY THE COURT:

                s/Michael J. Watanabe
                _____
                U.S. Magistrate Judge