IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02454-PAB-MJW

DUANE EBERLEIN,

Plaintiff,

v.

PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion for Protective Order (docket no. 87) is GRANTED. Plaintiff has failed to file any timely response to this motion (docket no. 87) and therefore this court deems the motion confessed. Plaintiff is precluded from inquiring in the information in paragraph 5 of Plaintiff's Notice of Deposition of Provident.

It is FURTHER ORDERED that Defendant's Unopposed Motion for Extension to Serve Expert Endorsements (docket no. 93) is GRANTED. Defendant shall have up to and including December 1, 2008, to serve its expert endorsements.

Date: December 2, 2008