IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 06-cv-02454-PAB-MJW

DUANE EBERLEIN,

    Plaintiff,

v.

PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY,

    Defendant.
_____

**ORDER**
_____

This matter comes before the Court on defendant's Unopposed Motion re Trial Date. It is

ORDERED that the six-day jury trial scheduled to begin on **February 23, 2009** and the Trial Preparation Conference scheduled for **February 6, 2009 at 9:00 a.m.** are vacated. It is further

ORDERED that this matter has been scheduled for a six-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **August 10, 2009 at 8:00 a.m.**

A Trial Preparation Conference is set for **July 31, 2009 at 1:30 p.m.** Lead counsel who will try the case shall attend in person unless a written motion for alternative appearance is granted by the Court.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1) jury selection;

2) sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED December 10, 2008.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge