IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02454-PAB-MJW

DUANE EBERLEIN,

Plaintiff,

v.

PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Reconsideration of Court's Order (docket no. 95) Deeming Defendant's Motion for Protective Order Confessed (docket no. 96) is GRANTED noting that Defendant has confessed this motion. *See* Defendant's response (docket no. 102). **This court's minute order (docket no. 95) is ORDERED VACATED.** The court will reconsider Defendant's Motion for Protective Order (docket no. 87) after reviewing and taking into consideration Plaintiff Response to Provident's Motion for Protective Order (docket no. 96-2), and will issue a new Order concerning Defendant's Motion for Protective Order (docket no. 87).

Date: January 15, 2009