IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02454-PAB-MJW

DUANE EBERLEIN,

Plaintiff,

v.

PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion for Clarification (Docket No. 109) is granted. Defendant's Reply in support of its Motion for Protective Order (Docket No. 87) shall be due on or before February 2, 2009.

Date: January 23, 2009