IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02454-PAB-MJW

DUANE EBERLEIN,

Plaintiff,

v.

PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion for Leave to Withdraw of Stacy A. Carpenter (docket no. 123) is GRANTED. Stacy A. Carpenter is withdrawn as counsel of record for the Defendant Provident Life & Accident Insurance Company. Robert M. Baldwin will continue to represent Defendant Provident Life & Accident Insurance Company.

Date: May 12, 2009