IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 06-cv-02454-PAB-MJW

DUANE EBERLEIN,

    Plaintiff,

v.

PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY,

    Defendant.

___

**ORDER OF DISMISSAL WITH PREJUDICE**
___

    THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss With Prejudice [Docket No. 129]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Stipulated Motion to Dismiss With Prejudice [Docket No. 129] is granted. It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. The jury trial scheduled to commence August 10, 2009 and the trial preparation conference scheduled for July 24, 2009 are vacated.

    DATED July 8, 2009.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge